LAW OFFICES OF
# LEONARD RODNEY
150 GREAT NECK ROAD
GREAT NECK, NEW YORK 11021
(516) 498.1717 ! FAX: (516) 829.8801

### EMAIL: LR80LAWYER@AOL.COM

March 16, 2015

<u>VIA ECF</u>

Clerk of the Court
Catherine O'Hagan Wolf, Esq.
United States Court of Appeals
For the Second Circuit
40 Foley Square
New York, New York 10007

Re: Fulbrook Capital Management, LLC and Selvyn Seidel v. James Batson, No. 15-592

Dear Ms. O'Hagan Wolf:

My firm represents Petitioners-Appellants Fulbrook Capital Management, LLC and Selvyn Seidel in the above captioned appeal. We write pursuant to Local Rule 31.2(a)(1)(A) to request a deadline for appellant's brief, of June 11, 2015. We filed the required Form D on March 13, 2015, indicating that there were no transcripts required for this appeal. We have filed Form C today, and we may be past the 14 day limit of Local Rule 31.2(a)(1)(A) to request a briefing deadline. We ask the Court to excuse our late request for this deadline.

Respectfully Submitted,

*Leonard Rodney*

Leonard Rodney

CC: Ethan Brecher, Esq. (by ECF)
Counsel for Respondent Appellee