United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**ROBERT A. KATZMANN**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: June 02, 2015
Docket #: 15-592cv
Short Title: Fulbrook Capital Management LL v. Batson

DC Docket #: 14-cv-7564
DC Court: SDNY (NEW YORK CITY)
DC Judge: Oetken

# NOTICE OF CASE MANAGER CHANGE

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8563.